**Exhibit A to the Complaint**

**Location:** Philadelphia, PA  **IP Address:** 71.225.1.107
**Total Works Infringed:** 31  **ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 8D90336890FD58C2FB7C453655073A6A9DED159C<br>File Hash: 7E7893E565093134CE8A63E075763683CB0C526B107CD5FC4630AA358FEF607E | 03-27-2022 19:49:05 | Tushy | 06-21-2020 | 08-03-2020 | PA0002259102 |
| 2 | Info Hash: 3EA0CF9C87288AF48B11486B9BCB9919F16EA731<br>File Hash: D05F38277B77040CF93144BD68F937C4DD0178A11C2E7854351796603140D286 | 03-27-2022 19:48:39 | Tushy | 06-05-2019 | 07-17-2019 | PA0002188310 |
| 3 | Info Hash: E1D5C31C8205131864F4A70096968A0A5050C35D<br>File Hash: 5500728BA2456EE35C27289903A181465ACB84E012453CFF42116D4822F11073 | 03-27-2022 19:23:00 | Tushy | 07-10-2018 | 08-07-2018 | PA0002132397 |
| 4 | Info Hash: 671DDFBC666A9FFA0E88AB3B20AB945C9AB2FF25<br>File Hash: C7DF534FBC22D1F8A3CBE7302B12921ADACF4D8678BB7F6F31860378AD44BB4A | 03-27-2022 19:13:50 | Tushy | 07-05-2018 | 08-07-2018 | PA0002132399 |
| 5 | Info Hash: 654FDEBA4D88249E1F34D0661AB9A548091828CC<br>File Hash: 8F91DA39430C2711DC1B6E92FB5E47B090DE8E67D9F33620B35E3F3ECA8DA5B4 | 03-27-2022 19:09:01 | Tushy | 08-09-2018 | 09-05-2018 | PA0002135685 |
| 6 | Info Hash: 35824768BF7B365F1CA830E078527B52C12DC631<br>File Hash: 0D47CA7EADAD4AD86D9DDB137C67D0B6B7272D733210F25B5986898F75A26F8A | 03-27-2022 19:01:17 | Tushy | 08-19-2018 | 09-05-2018 | PA0002134998 |
| 7 | Info Hash: A7D8E54FCF615F5675572AF2E5F6B353CC2DE331<br>File Hash: 1B53DA54064E27E6B623DEE8F28A607A3D9F71DC4857C0BA9AC56DAA6D6FA10C | 03-27-2022 19:00:56 | Tushy | 08-24-2018 | 11-01-2018 | PA0002143429 |
| 8 | Info Hash: 42FB29936F0773461AB894640E5895EE9B843742<br>File Hash: EF61072101211DEFAC88A911C5D3CFEA3D73C0C57674E9D0614DF3ED55DCA07E | 03-27-2022 18:58:39 | Tushy | 07-30-2018 | 09-01-2018 | PA0002119590 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: C75D2E32CF8D8B2AC61DA56AA33AEE3C70EE140D<br>File Hash: C3E645E8791B6FC72B8EA87A264B234AEF1523F9E8B8D6318D72E9DFE9594D45 | 03-27-2022 18:56:04 | Tushy | 08-04-2018 | 09-01-2018 | PA0002119573 |
| 10 | Info Hash: E07877B71CF19666B48388AB9C202988860AC477<br>File Hash: A322DDC118786F478AF8E88429DB19350012AE87942D7E47B70598691EC6D8EC | 03-27-2022 18:51:52 | Tushy | 05-01-2018 | 06-19-2018 | PA0002126640 |
| 11 | Info Hash: E8FDE02B470854F96FE03570C920B30F274A14E2<br>File Hash: 7BC233DB3D87ADD25BD2E98D104D1D41EFB5AA2CC05F1C46B2F5A347566E5458 | 03-27-2022 18:44:45 | Tushy | 08-14-2018 | 09-01-2018 | PA0002119587 |
| 12 | Info Hash: 8C42C3283492943B6CBC29AE37C6DBE668701698<br>File Hash: CA8B9434FA3407B05D1845CCD4C35F73FEC1BB826C4D2E1A81E18CAF175F4D38 | 03-27-2022 18:42:57 | Tushy | 12-17-2018 | 02-02-2019 | PA0002155393 |
| 13 | Info Hash: B68B8C669446003D2232423C89CFB7B2794ADF8E<br>File Hash: E1137B31F889F8A79E676457DDAFAAB2FB72CCA1C25DA5F1D0B70B95C4574B63 | 03-07-2022 02:25:01 | Tushy | 01-01-2019 | 02-02-2019 | PA0002155376 |
| 14 | Info Hash: 2B83D01A751C071EC56D3A6709EEC2D672438410<br>File Hash: 1091A9056FFDC42297422E2864D29B30BC94315E26A1523D3105E50EE7E9FF5E | 02-13-2022 01:24:07 | Tushy | 09-28-2017 | 10-10-2017 | PA0002086160 |
| 15 | Info Hash: CCE9FA128205198C6A014556AFF4DC9D7866B695<br>File Hash: DC039FBA2E3A8C417DEB586E91B486E5E45000ADFAA1FD03BBEDA0A87D45A37C | 02-10-2022 04:09:27 | Tushy | 04-16-2018 | 06-18-2018 | PA0002126681 |
| 16 | Info Hash: 0803ED52BFA8E8FCFDCB6169D646C4B68C093620<br>File Hash: DBDB39C0BE03EBF01900BC3A3220F463E2329C2594D1E97BFB5D1AA45185F526 | 01-31-2022 04:00:30 | Tushy | 12-02-2019 | 12-17-2019 | PA0002217668 |
| 17 | Info Hash: B406E6C5027317CCB42102118F4C0BA11BC9A76F<br>File Hash: 0DC25A37AD2599BF3EDA5A295D476DB53D5A85EA90F0FF8E30AB6D55D2847C4D | 01-28-2022 23:03:01 | Tushy | 05-31-2020 | 06-16-2020 | PA0002253261 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 7CA6EC72F9D7C6E546089D41CA2F54D341081E55<br>File Hash: 20106907B0CF9E13B4DF93FC501C1F372D27223EE7143E71F6D7C998BE23E2B3 | 01-28-2022 19:59:05 | Tushy | 07-05-2020 | 07-20-2020 | PA0002248967 |
| 19 | Info Hash: 5884C9F89D6EFD58A0082DCDEDAEE5349F6B91DE<br>File Hash: 8DD85857924EF5961549894FD4F9A4BC5D33DB592DA555A044FC484D76204F8A | 01-28-2022 19:44:11 | Tushy | 07-19-2020 | 08-03-2020 | PA0002259103 |
| 20 | Info Hash: FE05CB8A8DFB2D136503E31855AF6EBCF985438B<br>File Hash: 81C541850E9CF441830E9C3C3AFBEC34C89F1F9758235261ABD66C7DE38B2422 | 01-28-2022 19:31:53 | Tushy | 08-02-2020 | 08-31-2020 | PA0002265633 |
| 21 | Info Hash: 7EC41A2781FDD54B52A2E7B842DAADA1906D4EC9<br>File Hash: 32A0FF90F847F3B19BAA4468BAA74EBCFBFCBD242633C4A5D1A3A06D5E04F827 | 01-17-2022 21:13:42 | Tushy | 11-01-2020 | 11-18-2020 | PA0002272627 |
| 22 | Info Hash: 86D2C5A64EB06C938836EAF1A0CB13D91EC03BD2<br>File Hash: 39FC80136E98F2FA68D8EB805C8965484543E2418D105E26808F43407A1826C8 | 01-17-2022 20:43:45 | Tushy | 11-15-2020 | 12-09-2020 | PA0002274948 |
| 23 | Info Hash: C48092E903EF19D5A3D638C59DCCA893AFD5C8EB<br>File Hash: 24CDFBD7379A97D9AB067D89C486912278954DC48B63D765AD592A24E68F7F0D | 01-17-2022 19:56:43 | Tushy | 10-25-2020 | 11-24-2020 | PA0002265965 |
| 24 | Info Hash: 0B2D244E6C372AFB4EA5ECAC53684B50CE489230<br>File Hash: 374F6A352D2777D9FA27B09765B01F663BEDFA9232A8570726A6A8DF3989D115 | 01-17-2022 17:36:24 | Tushy | 01-31-2021 | 02-09-2021 | PA0002276144 |
| 25 | Info Hash: 4D050B921ABD1BCB699D05BD3493149F8E7BB210<br>File Hash: 7DFD5CA2BB2007F1362E48819AB4B61F5F42BC4F0C77DE1B458517DBDB51CDC1 | 01-17-2022 17:30:16 | Tushy | 12-27-2020 | 01-05-2021 | PA0002269957 |
| 26 | Info Hash: 97411C3987A905CD4C458D6A88BC8EB53796B51B<br>File Hash: 169C2D70CE4F3BF1320FE3AB4A5BF7A90BF0429D9734BBF6A872DA7BF3CAA5C0 | 01-17-2022 17:29:57 | Tushy | 02-07-2021 | 03-08-2021 | PA0002280362 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 612537F433F156100C97BCF9C795C32DB7553700<br>File Hash: 9A02492ED14674F61D4E07B8B6EA0883ABF76603EF6571616F84F5E01763C9E7 | 01-16-2022 04:44:08 | Tushy | 11-22-2020 | 11-30-2020 | PA0002266355 |
| 28 | Info Hash: C5D52E93767351C8E918FD11407C28228CE8DC45<br>File Hash: 13DA3F03BD22B2EF0A2B4D12001D31CE3E1A88A7EDC6A1D2F7DCE52197E862C3 | 01-16-2022 04:37:09 | Tushy | 01-09-2022 | 01-17-2022 | PA0002330112 |
| 29 | Info Hash: 2CD60BD2D41B6537ED0509BA3BB2AEC809054605<br>File Hash: 10D198731274BA400218FAB1F4F41FBA4AF60F0B580D7AE3C485AC41FFF813CF | 01-08-2022 00:13:54 | Tushy | 08-29-2021 | 09-21-2021 | PA0002312672 |
| 30 | Info Hash: E0EB284AF1D642F04E46E9827F0EA4EE9A263BCC<br>File Hash: F17734D0F6E39A4B11ECDE01F16E6098111B862D5D49992BE979BEFECE4C97C0 | 01-07-2022 22:45:00 | Tushy | 12-05-2021 | 12-09-2021 | PA0002325840 |
| 31 | Info Hash: 400F5385FDBE01427841AA2B9992BCD5B4BC5FAA<br>File Hash: C2424B04201BE9F5A036D8C3778D4CC1A3C98C9C654B1F922C4ED89415821F02 | 01-07-2022 22:34:34 | Tushy | 11-14-2021 | 01-07-2022 | PA0002337916 |